Ira Lee JONES, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

No. 01–6320.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 15, 2001.

Ira Lee Jones, pro se.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Ira Lee Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jones' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Angelone,* No. CA–00–1656–AM (E.D. Va. filed Feb. 5, 2001; entered Feb. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*